UNITED STATES DISTRICT COURTO
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

O

| | | |
|---|---|---|
| LILLY SAENZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-05-42 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Respondent. | § | |

**ORDER GRANTING MOTION FOR LEAVE TO PROCEED
*IN FORMA PAUPERIS* AND ORDER TO PAY FILING FEE IN MONTHLY
INSTALLMENTS**

Pending is plaintiff's application for leave to proceed *in forma pauperis* (D.E. 1). A hearing was held Wednesday, June 8, 2005. Plaintiff's husband has regular income from a job and from Social Security, but he supports plaintiff and two of their children. Plaintiff cannot afford to prepay the filing fee, but she can afford to pay it over time.

Accordingly, plaintiff's application to proceed without prepayment of the $250 filing fee is GRANTED. The Clerk shall file plaintiff's complaint. Plaintiff is required to pay the filing fee in installments of not less than $20 per month, on or before the 5th day of each month, beginning July 5, 2005. During any month in which plaintiff cannot make a $20 payment, plaintiff shall file a statement or pleading showing cause why she cannot pay.

Plaintiff is responsible for service of the summons forms.

ORDERED this 8th day of June, 2005.

_____
B. Janice Ellington
United States Magistrate Judge